EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 3 0 2003

at 10 o'clock and 40 min. A M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. CR03 00376 SOM |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | [18 U.S.C. § 922(g)(9)] |
| | ) | |
| CLYSON T.K. NAKAAHIKI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## I N D I C T M E N T

COUNT 1
(18 U.S.C. § 922(g)(9))

The Grand Jury charges that:

On or about March 3, 2003, in the District of Hawaii, defendant CLYSON T.K. NAKAAHIKI, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce a firearm, to wit:


SEALED
BY ORDER OF THE COURT

Winchester Model 190, .22 caliber rifle bearing Serial Number 699072.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

COUNT 2
(18 U.S.C. § 922(g)(9))

The Grand Jury further charges that:

On or about March 3, 2003, in the District of Hawaii, defendant CLYSON T.K. NAKAAHIKI, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce ammunition, to wit: thirteen (13) rounds of .22 caliber CCI ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: July 30, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney

United States v. CLYSON T.K. NAKAAHIKI
Cr. No.
"INDICTMENT"

2