# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 24, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR. 03-00376SOM

CASE NAME:        U.S.A. vs. CLYSON NAKAAHIKI

ATTYS FOR PLA:    Wes R. Porter

ATTYS FOR DEFT:   Alexander M. Silvert

U.S.P.O.:         Derek M. Kim

JUDGE:    Susan Oki Mollway        REPORTER:   Cynthia Fazio

DATE:     April 24, 2006           TIME:       9:00 - 9:15

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admits to Violations 1 and 2.

The Court finds that this is a Grade C violation, Criminal History Category II.

The supervised release is revoked.

ADJUDGED: Impr of 18 mos as to each of Counts 1 and 2, to be served concurrently.

No supervised release imposed.

Advised of rights to appeal, etc.

Submitted by: David H. Hisashima, Courtroom Manager