AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER: 1:03CR00376-001 Judgment - Page 2 of 2
DEFENDANT: CLYSON T.K. NAKAAHIKI

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of EIGHTEEN (18) MONTHS .

This term consists of EIGHTEEN (18) MONTHS as to each of Counts 1 and 2, to be served concurrently.

[ ] The court makes the following recommendations to the Bureau of Prisons:

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 26 2006

at 4 o'clock and 05 min. P M
SUE BEITIA, CLERK

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ____ on ____.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ____.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

___

___

FEDERAL DETENTION CENTER
~~P.O. BOX 30547~~
HONOLULU, HI 96820

Defendant delivered on 17 MAY 2006 to FEDERAL DETENTION CENTER, HONOLULU, HI 96820

at ______________________, with a certified copy of this judgment.

John T. Rathman
~~UNITED STATES MARSHAL~~
WARDEN

By J. Luna
~~Deputy U.S. Marshal~~
Legal Tech

SCANNED

AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 2 2006

at __9__ o'clock and __12__ min. __P__ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

2006 JUL 24 PM 3:19

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **CLYSON T.K. NAKAAHIKI** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | |

89350

Criminal Number:   **1:03CR00376-001**
USM Number:       89350-022

Alexander Silvert AFPD
Defendant's Attorney

## THE DEFENDANT:

[✔]  admitted guilt to violation of condition <u>Special Condition No. 1</u> of the term of supervision.
[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Subject refused to submit to drug testing | 2/19/06, 2/28/06, 3/9/06, and 3/16/06 |
| 2 | Subject refused to participate in substance abuse treatment | 2/23/06, 3/2/06, 3/9/06, and 3/16/06 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:  **5122**

Defendant's Residence Address:
**Ewa Beach, HI 96706**

Defendant's Mailing Address:
**Ewa Beach, HI 96706**

APRIL 24, 2006
Date of Imposition of Sentence

_/s/ Susan Oki Mollway_
Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

MAY 0 1 2006
Date

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District Court, District of Hawaii
By _____ Deputy